PER CURIAM.
 

 We quash the trial court’s order and remand for a hearing to determine whether respondents’ claim rests on a reasonable basis and whether the notice of intent to initiate litigation was in compliance with the reasonable investigation requirement of sections 766.201-766.212, Florida Statutes (2009).
 
 See Martin Mem’l Med. Ctr., Inc. v. Herber,
 
 984 So.2d 661, 663-64 (Fla. 4th DCA 2008) (“ ‘[w]hen one of the parties files a motion under section 766.206, the trial court
 
 must
 
 determine whether the opposing party’s claim ... “rests on a reasonable basis” and whether the notice of intent to sue ... is “in compliance with the reasonable investigation requirements of ss 766.201-766.212.” ’ ” (quoting
 
 Duffy v. Brooker,
 
 614 So.2d 539, 544-45 (Fla. 1st DCA 1993))).
 

 Petition granted.
 

 BENTON, C.J., HAWKES, and ROWE, JJ., concur.